## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Octayvia McDonald

                  Plaintiff,

v.                                              Case No.: 1:19–cv–01101

                                                            Honorable Edmond E. Chang

City of Chicago, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 26, 2025:

MINUTE entry before the Honorable Edmond E. Chang: In−person status hearing held. Counsel for the McDonald case appeared in person along with attorney Joel Flaxman who is Plaintiffs' counsel in other Watts' cases. (1.) Counsel for the Plaintiff reported that of the test cases, currently only Gipson, 18−cv−05120, has settled. The other five associated cases have ongoing settlement negotiations, and the parties will be reporting to the magistrate judge on 02/28/2025 as to how to advance the negotiations. In Carter, 17−cv−07241 (set for trial on 05/27/2025), the parties will be convening a settlement conference. It is likely that White, 17−cv−02877 (set for trial on 09/15/2025), also will be convening a settlement conference at some point. The parties are free to ask the Court to make a recommendation to the Executive Committee as to coordinated settlement negotiations or presiding magistrate judge. (2.) No Monell summary judgment decisions have been issued in other cases. Defendants' motions for summary judgment are due 03/24/2025. The City will be moving on the Monell claim; the individual Defendants file a partial motion on personal involvement and failure to intervene. The Plaintiff's responses are due 04/28/2025 and defense replies are due 05/12/2025. (3.) The Court is typically reluctant to set a trial unless it after summary judgment decisions and all settlement discussions are complete. But given this case's selection as a test case (perhaps because the Plaintiff made bail and was sentenced to probation), jury trial set for 01/12/2026 at 8:30 a.m. The parties estimated a trial of around four weeks, including jury selection, jury addresses, and deliberations (the Court will set aside four weeks to be safe, and likely will set exam−hour limitations later). ****The parties shall IMMEDIATELY notify witnesses of the trial schedule and begin service efforts on subpoenas for attendance.***** (4.) All Rule 702 motions are due 06/09/2025. Responses are due 06/30/2025. Replies are due 07/14/2025. The Rule 702 scheduled in advance of the start of other motions in limine in case an evidentiary hearing is needed. (4.) The parties shall file the Joint Proposed Pretrial Order, proposed jury instructions, proposed voir dire, exhibit chart, and witness lists by 11/03/2025 (visit Judge Chang's website for the detailed procedures; substantial in−advance work and conferral is required). Motions in limine due 11/03/2025. Responses are due 11/17/2025. Replies are due 11/24/2025. Pretrial conference set for 12/17/2025 at 9:30 a.m. The Court will try to decide as many motions in limine in advance of the pretrial conference as possible. If the parties reach a resolution, then they shall contact the courtroom deputy, promptly, to report it. (5.) Any other expert

disclosures and reports, by the Plaintiff, that have not been disclosed yet will be due by 06/30/2025. The defense expert disclosures and reports are due by 07/28/2025. Any expert depositions, by either side, must be completed by 08/25/2025. The parties shall schedule the expert depositions as early as possible to ensure no scheduling conflicts. (6.) A tracking status hearing is set for 05/16/2025 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties to file a joint status report, by 05/09/2025, reporting on the status of this case, as well as any Watts–case settlements or trial dates in which counsel are representing parties. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.